IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MARK LAWRENCE CHRISTIANSEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:04-cv-561 DRH |
| REGGI ADAMS, | ) | |
| Defendant. | ) | |

**ORDER**

This matter came before the Court on the Plaintiff's motion for entry of default judgment (Doc. 35). The District Court granted that motion, and ordered the undersigned United States Magistrate Judge to conduct a hearing on damages in the matter (Doc. 39).

A hearing on damages against Defendant Reggi Adams is hereby **SET** for July 14, 2008, at 2:00 p.m. in the East St. Louis Federal Courthouse. Plaintiff Mark Lawrence Christiansen shall appear via video conference. Defendant Reggi Adams shall appear in person.

**IT IS HEREBY ORDERED** that Plaintiff Mark Lawrence Christiansen shall be prepared to present evidence of his damages at this hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the United States Marshal for the Southern District of Illinois.

**IT IS FURTHER ORDERED** that The United States Marshal shall serve this notice upon Defendant Reggi Adams at the address used to effect service.

**IT IS SO ORDERED.**

**DATED: May 9, 2008**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**