IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK LAWRENCE CHRISTIANSEN**,

**Plaintiff,**

**v.**

**REGGI ADAMS,**

**Defendant.** No. 04-0561-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is a joint motion to dismiss (Doc. 54). Specifically, Plaintiff and Defendant Adams move to voluntarily dismiss with prejudice this case. Based on the motion, the Court **GRANTS** the motion and **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 29th day of September, 2008.

/s/ *David R Herndon*
**Chief Judge**
**United States District Court**